UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS STEPHENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | Case No. EDCV 10-1864 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: July 12, 2011

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE